UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON S. CORZINE, et al., | : CIVIL ACTION NO. 05-4294 (MLC) |
| Plaintiffs, | : **ORDER & JUDGMENT** |
| v. | : |
| 2005 DEFENSE BASE CLOSURE & REALIGNMENT COMMISSION, et al., | : |
| Defendants. | : |

For the reasons stated in the Court's memorandum opinion, **IT IS** on this    6th    day of September, 2005, **ORDERED** that the application to enjoin the transmittal of a certain report to the President of the United States (dkt. entry no. 6) is **DENIED;** and

**IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED** for lack of subject matter jurisdiction; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                    s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge

Dockets.Justia.com