```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                                         :
JON S. CORZINE, et al.,                  :  CIVIL ACTION NO. 05-4294 (MLC)
                                         :
     Plaintiffs,                         :       ORDER & JUDGMENT
                                         :
     v.                                  :
                                         :
2005 DEFENSE BASE CLOSURE &              :
REALIGNMENT COMMISSION, et al.,          :
                                         :
     Defendants.                         :
                                         :
```

For the reasons stated in the Court's memorandum opinion, **IT IS** on this     6th     day of September, 2005, **ORDERED** that the application to enjoin the transmittal of a certain report to the President of the United States (dkt. entry no. 6) is **DENIED**; and

**IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED** for lack of subject matter jurisdiction; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate the action as **CLOSED.**

                                   s/ Mary L. Cooper
                                   **MARY L. COOPER**
                                   United States District Judge